IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUAN R. MARTINEZ,

     Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5635

_____/

Opinion filed March 9, 2015.

An appeal from an order of the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Juan R. Martinez, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     Because no final order has been rendered by the lower tribunal, the appeal is premature. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant to seek review after the court renders a final, appealable order.

LEWIS, C. J., BENTON and THOMAS, JJ., CONCUR.